IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON P. BAMBURG,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>                Defendant. | 8:23CV231<br><br><br>ORDER |

      Plaintiff has filed a motion requesting that he be allowed to file an Amended Complaint out of time based on newly discovered information. (Filing No. 27.) Defendant does not oppose the motion. Because the information that is the basis for Plaintiff's amendments was not available before the October 6, 2023 deadline for filing amended pleadings, the Court finds good cause for the proposed amendment.

      Accordingly, for good cause shown,

      **IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend his Complaint (Filing No. 27) is granted. Plaintiff shall file his Amended Complaint by January 12, 2024.

      Dated this 11th day of January, 2024.

                                                          BY THE COURT:

                                                          s/ Susan M. Bazis<br>
                                                          United States Magistrate Judge